UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Nicole D. Hatcher, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 1:19-CV-04248-SEB-DLP |
| ABC Financial Services, Inc., | : |
| Defendant. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of voluntary dismissal pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: October 25, 2019

                                              Respectfully submitted,

                                              */s/ Amy L. Cueller*
                                              Amy L. Cueller, #15052-49
                                              LEMBERG LAW, L.L.C.
                                              43 Danbury Road
                                              Wilton, CT 06897
                                              Telephone: (203) 653-2250
                                              Fax No.: (203) 653-3424
                                              E-Mail: acueller@lemberglaw.com
                                              Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 25, 2019, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Southern District of Indiana Electronic Document Filing System (ECF) and that the document is available on the ECF system.

      By /s/ Amy L. Cueller

      Amy L. Cueller